UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DAVID PANNELL, )
)
       Petitioner, )
)
v. ) CAUSE NO. 3:15-CV-333 WL
)
SUPERINTENDENT, )
)
       Respondent. )

## OPINION AND ORDER

David Pannell, a *pro se* prisoner, filed a habeas corpus petition challenging ISP-14-04-0274, a prison disciplinary proceeding held at the Indiana State Prison. (DE 1.) On May 6, 2014, the Disciplinary Hearing Body (DHB) found him guilty of Unauthorized Possession, Destruction, Alteration, Damage, or Theft of Property Belonging to Another, in violation of B-215. As a result, he was sanctioned with the loss of 30 days earned credit time, but the deprivation was suspended and has not yet been imposed. (DE 1 at 1, 14.) As such, he has not yet lost any earned credit time as a result of this hearing.

A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary proceeding did not result in the lengthening of the duration of his confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied. If in the future the suspended sanction is imposed, then he may file another habeas corpus petition challenging this hearing.

For these reasons, the petition is **DENIED** pursuant to SECTION 2254 HABEAS CORPUS RULE 4 and this case is dismissed without prejudice.(DE 1).

ENTERED: August 11, 2015

 s/William C. Lee
William C. Lee, Judge
United States District Court